

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 7246 | **DATE** | 9/8/2003 |
| **CASE TITLE** | In Re: In Re Abbott Laboratories etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants move to bifurcate discovery. That motion is denied. Status hearing set for September 24, 2003 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | SEP 09 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 96 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE ABBOTT LABORATORIES )
DERIVATIVE SHAREHOLDER )
LITIGATION ) No. 99 C 7246
)
_____)
THIS DOCUMENT RELATES TO )
ALL ACTIONS )

MEMORANDUM OPINION AND ORDER

Defendants move to bifurcate discovery. That motion is denied.

Plaintiffs contend that the Court of Appeals' opinion forecloses any further consideration of the demand futility issue. We disagree. What was before this court and then on appeal was the adequacy of the allegations of the complaint, which included the reasonable inferences arising from those allegations.

Even so, we do not believe bifurcation to be appropriate. This case was filed about four years ago and, because of the pleading wars, is just now getting into the merits. That delay counsels against any further delay. Defendants predict that a failure to bifurcate will lead to very costly discovery and discovery disputes. But if that is so, then plaintiffs will also be saddled with significant costs, both to litigate discovery disputes and to obtain and analyze discovery materials. The parties may conclude, in their own self-interest, that it would be better to get the demand futility issue determined conclusively, if possible, sooner rather than later. But we will not restrict discovery to that issue.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 8, 2003.