Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 7246 | **DATE** | 12/28/2004 |
| **CASE TITLE** | In Re: IN RE ABBOTT LABORATORIES | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiffs' motion for preliminary approval of the stipulation and agreement of settlement is granted. Enter Preliminary Approval Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | DEC 29 2004 | |
| ✓ | Docketing to mail notices. | | | 164 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ABBOTT LABORATORIES DERIVATIVE SHAREHOLDER LITIGATION | Case No. 99 C 7246 |
| THIS DOCUMENT RELATES TO: All Actions. | Judge James B. Moran <br><br> Magistrate Judge Nan R. Nolan |



DOCKETED DEC 2 9 2004

## **PRELIMINARY APPROVAL ORDER**

WHEREAS, the Settling Parties have entered into a Stipulation and Agreement of Settlement, dated as of December 14, 2004 (the "Stipulation") relating to the above referenced litigation (the "Action"), which is subject to review under Federal Rule of Civil Procedure 23.1 and which, together with the exhibits thereto, sets forth the terms and conditions for the proposed settlement of the Action and the dismissal of the Action with prejudice; and the Court having read and considered the Stipulation and the accompanying documents; and the parties having agreed to certain changes, as reflected in the Stipulation with revised exhibits filed today; and the parties to the Stipulation having consented to entry of this Order; and all capitalized terms used herein having the same meaning defined in the Stipulation;

NOW, THEREFORE, IT IS HEREBY ORDERED, this 28th day of December, 2004 that:

1. The terms of the Stipulation, and the Settlement provided therein, are preliminarily approved. A hearing (the "Settlement Hearing"), pursuant to Federal Rule of Civil



Procedure 23.1, shall be held before the Court on March 1, 2005, at 9:45 a.m. in the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 (or such adjourned time or times as the Court may without further notice direct):

(a) to determine whether the terms of the Stipulation and the proposed Settlement provided for therein are fair, reasonable, adequate, and should be approved by the Court;

(b) to determine whether the Final Judgment as provided under the Stipulation should be entered, dismissing the Complaint filed in this Action with prejudice, and to determine whether the release of the Released Claims, as set forth in the Stipulation, should be provided to the Released Parties;

(c) to address Plaintiffs' Co-Lead Counsel's application for attorneys' fees and expenses, and payment of fees and expenses as provided for in the Settlement, and to resolve any disputes arising therefrom; and

(d) to rule upon such other matters as the Court may deem appropriate.

2. The Court hereby approves, as to form and content, the Notice of Hearing of Proposed Settlement of the Derivative Action (the "Notice"), annexed as Exhibit B to the Stipulation. Commencing no more than thirty (30) days after entry of this Order, the Notice shall be provided as stated in paragraph 8 of the Stipulation.

3. The Court finds that the distribution of the Notice provided for in paragraph 8 of the Stipulation is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

4. Any shareholder of Abbott common stock as of the day of the Settlement Hearing may appear at the Settlement Hearing and show cause why the proposed Settlement of the Action embodied in the Stipulation should not be approved as fair, reasonable, and adequate, or why a judgment should not be entered thereon; provided, however, that no shareholder of Abbott or any other person shall be entitled to contest the approval of the terms and conditions of the proposed Settlement, or, if approved, the judgment to be entered thereon approving the same, unless his, her, or its objection or opposition, including the basis therefor, is made in writing, filed with the Court, and mailed by first-class mail postmarked no later than fourteen (14) days prior to the Settlement Hearing to Plaintiffs' Co-Lead Counsel, Robert P. Frutkin, Esq., Law Offices Bernard M. Gross, P.C. and Robert M. Roseman, Esq., Spector, Roseman & Kodroff, P.C. Plaintiffs' Co-Lead Counsel shall give prompt notice of any such objections received to counsel for the Settling Defendants. Any shareholder of Abbott who does not make his, her, or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from appearing at the Settlement Hearing or making any objection to the fairness or adequacy of the proposed Settlement as incorporated in the Stipulation, unless otherwise ordered by the Court.

5. Upon the Settlement Effective Date, each of the Settling Parties shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged each other, each Shareholder, and Plaintiffs' Counsel from all claims relating to, arising out of, or connected with the institution, prosecution, assertion, settlement, or resolution of the Action and/or the Released Claims.

6. All papers in support of the Settlement shall be filed at least seven (7) days prior to the Settlement Hearing.

7. The Court reserves the right to continue or adjourn the date of the Settlement Hearing and the continuance or adjournment thereof without further notice to the shareholders of Abbott and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

8. Pending final determination as to whether the Settlement contained in the Stipulation should be approved, neither the Plaintiffs, nor any shareholder of Abbott, nor Abbott, either directly, representatively, or in any other capacity shall commence or prosecute any action or proceeding in any court or tribunal asserting any of the Released Claims against any of the Released Parties.

IT IS SO ORDERED:

*James B. Moran*
JAMES B. MORAN
Senior Judge, U.S. District Court

# See Case File For Exhibits