IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

FEB 2 2 2005

MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: ABBOTT LABORATORIES
DERIVATIVE SHAREHOLDER
LITIGATION

Civ. No.: 99C 7246

Judge James B. Moran

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF THE SETTLEMENT

Plaintiffs, by and through Co-Lead Counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 23.1, for entry of the proposed form of Final Judgment and Order of Dismissal, Exhibit D to the Stipulation of Settlement, that, *inter alia*: **(1)** approves the parties' settlement of the claims raised in the Second Amended and Consolidated Complaint ("Complaint") as fair, reasonable and adequate; **(2)** enters a final judgment; and **(3)** approves Co-Lead Counsel's application for a joint award of attorneys' fees and reimbursement of expenses.

In support of this Motion, Lead Plaintiffs rely upon all of their related submissions, all proceedings before this Court, and the accompanying Memorandum of Law.

Respectfully submitted,

Dated: February 18, 2005

**SPECTOR, ROSEMAN & KODROFF, P.C.**

*[signature]*

**Robert M. Roseman**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

**LAW OFFICES BERNARD M. GROSS, P.C.**
**Robert P. Frutkin**
1515 Locust Street, Second Floor
Philadelphia, PA 19102
(215) 561-3600

Co-Lead Counsel for Plaintiffs

**JONATHAN NACHSIN, P.C.**
**Jonathan Nachsin**
105 West Adams Street, Suite 3000
Chicago, IL 60603
(312) 327-1777

Co-Liaison Counsel for Plaintiffs

2